In the Matter of REGGIE CASWELL, Appellant, v PATRICK O'FLYNN, as Sheriff of Monroe County Jail, Respondent.

Submitted January 3, 2006; decided February 21, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies to the Court of Appeals from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for leave to appeal dismissed upon the ground that it does not lie to the Court of Appeals from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

MARY DOE, Appellant, v COMMUNITY HEALTH PLAN et al., Respondents.

Submitted December 27, 2005; decided February 21, 2006

On the Court's own motion, appeal, insofar as taken from that portion of the Appellate Division order that dismissed appeals from orders of Supreme Court that, respectively, denied reargument and conditionally dismissed the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed upon the ground that no substantial constitutional question is directly involved. Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed appeals from orders of Supreme Court that, respectively, denied reargument and conditionally dismissed the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.